**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-01173-RPM

SOLOMON YEARBY,

    Plaintiff,

v.

VITROLIFE, INC,

    Defendant.

_____

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

Having considered the parties' Stipulation for Dismissal with Prejudice, and being fully apprised of the circumstances, it is ORDERED that the case in its entirety is dismissed with prejudice, each party to bear his or its own costs and attorneys' fees.

DATED this 13th day of February, 2012.

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge